In the Matter of SIRBO HOLDINGS, INC., Appellant. JOHN T. KRAPP et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 129.]

ARNOLD REUBEN, JR., Appellant, v. BENJAMIN TAGER et al., Defendants, and PARK AVENUE RESTAURANT, INC., Respondent.— Order of this court entered May 26, 1948, insofar as it appointed the Honorable PETER SCHMUCK as Official Referee herein, is hereby vacated, and it is ordered that the Honorable JOHN P. COHALAN, Official Referee, be and he is hereby appointed to take such evidence as may be produced by the respective parties herein upon the question of the ownership of the fund and to report the same with his opinion thereon to the court at Special Term. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See 273 App. Div. 963.]

## (October 21, 1948.)

In the Matter of SOLOMON WEINGARTEN, an Attorney.— The order of this court entered October 11, 1948, is hereby vacated and the order of disbarment entered June 23, 1948, is in full force and effect. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

## (October 25, 1948.)

TELECOIN CORPORATION, Respondent, v. BEN NECHAMKUS et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. WRIEDEN, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

JOHN POST CONSTRUCTION CORP., Respondent, v. KIPE OFFSET PROCESS CO., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

TRANSIT BUILDING, INC., Respondent, v. POLARIZING INSTRUMENT CO., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

HARRY ROSENTHAL et al., Respondents, v. MAX SPINDEL, Appellant.— The question whether the money referred to in the complaint was invested in a joint venture or merely paid for stock in a corporation should properly be left to the trial. Order unanimously affirmed, without costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ.

In the Matter of HARRY M. GOMEZ-FRANCO, an Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.